AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of **Massachusetts** _____

GULF UNDERWRITERS INS. CO.,
as Subrogee of Games and Lanes, Inc.,
          Plaintiff,
V.
INTERNATIONAL BAR TECH SOLUTIONS, INC.,
          Defendant.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

# 04-30203-MAP

TO: International Bar Tech Solutions, Inc.
939 Main Street
Springfield, MA 01130

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY,

Joseph S. Sano, Esquire
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

__TONY ANASTAS__                                    __10/12/04__
CLERK                                               DATE
_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE October 20, 2004 |
| NAME OF SERVER (PRINT) William Lavallee | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): by serving "in-Hand" upon ERIN Houle, Secretary, International Bar Tech Solutions, INC., 225 Armory Street, Springfield, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on October 20, 2004    *William Lavallee*
   Date                  Signature of Server

   92 State Street, Boston, MA 02109
   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.