UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GULF UNDERWRITERS INS. CO., ) <br> as Subrogee of Games and Lanes, Inc. ) <br> ) <br> Plaintiff, ) <br> ) CASE NO: 04-30203-MAP <br> vs. ) <br> ) <br> INTERNATIONAL BAR TECH SOLUTIONS, ) <br> INC. ) <br> Defendant. ) <br> _____ ) | |

**JOINT MOTION TO ADJOURN SCHEDULING CONFERENCE**

Plaintiff, Gulf Underwriters Ins. Co., as subrogee of Games and Lanes, Inc., and Defendant, International Bar Tech Solutions, Inc. hereby move to adjourn the Scheduling Conference as follows:

1. A Scheduling Conference was scheduled to take place on Friday, January 7, 2005 before Judge Neiman, but it did not take place.

2. All parties agreed to adjourn the Scheduling Conference.

3. Each party is available on the following dates:

    a. January 26, 2005

    b. January 27, 2005

WHEREFORE, all parties jointly request that this Honorable Court reschedule the Conference to be held on one of the dates listed above.

Respectfully submitted,

| PRINCE, LOBEL, GLOVSKY & TYE LLP | CURLEY & CURLEY, P.C. |
|---|---|
| _____ | _____ |
| Joseph S. Sano, BBO #545706 | Eugene F. Nowell #374860 |
| 585 Commercial Street | 27 School Street |
| Boston, MA 02109 | Boston, MA 02108 |
| (617) 456-8000 | (617) 523-2990 |
| | Attorney for Defendant |

-and-

GROTEFELD & DENENBERG, L.L.C.

_____
Christina L. Weeks #66106
30800 Telegraph, Suite 3858
Bingham Farms, MI 48025
248-727-7100
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I, Joseph S. Sano, hereby certify that on _____, 2005, I served the within document by causing copies to be mailed, by first class mail, postage prepaid, to counsel of record for all parties.

_____
Joseph S. Sano