UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GULF UNDERWRITERS INS. CO., ) <br> as Subrogee of Games and Lanes, Inc. ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> INTERNATIONAL BAR TECH SOLUTIONS, ) <br> INC. ) <br> Defendant. ) <br> _____ ) | CASE NO: 04-30203-MAP |

## GULF UNDERWRITERS INS. CO., MOTION
## TO ADMIT CHRISTINA L. WEEKS PRO HAC VICE

Plaintiff, Gulf Underwriters Ins. Co., by and through its attorneys, Prince, Lobel, Glovsky & Tye, LLC moves for the admission of Christina L. Weeks as follows:

1. Joseph S. Sano is a member of the bar of the State of Massachusetts;

2. Joseph S. Sano has filed an appearance in the above-captioned action;

3. The certificate required by Local Rule 83.5.3 is attached to this motion as Exhibit A. On this basis GULF UNDERWRITERS INS. CO., moves for the admission of Christina A. Weeks *Pro Hac Vice*.

Respectfully submitted,

PRINCE, LOBEL, GLOVSKY & TYE LLP

_____
Joseph S. Sano, BBO #545706
585 Commercial Street
Boston, MA 02109
617-456-8000

GROTEFELD & DENENBERG, L.L.C.

_____
Christina L. Weeks
30800 Telegraph, Suite 3858
Bingham Farms, MI 48025
248-727-7100

## CERTIFICATE OF SERVICE

I, Joseph S. Sano, hereby certify that on January 10, 2005, I served the within document by causing copies to be mailed, by first class mail, postage prepaid, to counsel of record for all parties.

_____
Joseph S. Sano

2