UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAN 11 2005

| | |
|---|---|
| GULF UNDERWRITERS INS. CO.,<br>as Subrogee of Games and Lanes, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BAR TECH SOLUTIONS,<br>INC.<br>Defendant. | CASE NO: 04-30203-MAP |

## APPLICATION FOR *PRO HAC VICE* CERTIFICATION OF CHRISTINA L. WEEKS

I, Christina L. Weeks, pursuant to the United States District Court for the District of Massachusetts, Local Rule 83.5.3, do hereby certify the following in connection with my request for permission to appear in the above-captioned matter before this court:

1. I am an admitted member of the bar in the State of Michigan and I am in good standing in every jurisdiction in which I have been admitted into practice;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. I certify that I have knowledge of the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 7th day of January, 2005.

Christina L. Weeks