COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| HAMPDEN, SS. | SUPERIOR COURT DEPT.<br>CIVIL ACTION NO.: 04-987 |

GAMES AND LANES, INC.
        Plaintiff

vs.

INTERNATIONAL BAR TECH SOLUTIONS,
INC., A/K/A I.B.S., INC.
        Defendant

### DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby state that they have conferred to discuss:

    1.    the budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    2.    the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Signed under the pains and penalties of perjury this 10th day of January, 2005.

By its attorneys,

CURLEY & CURLEY, P.C.

_____
Eugene F. Nowell
BBO #374860
27 School Street
Boston, MA 02108
(617) 523-2990

_____
Susan J. Farrar, CCLA, AIC
ACE
Westchester Specialty Group Claims
P.O. Box 100008
Roswell, GA 30077-7008

## CERTIFICATE OF SERVICE

I, Eugene F. Nowell, attorney for the Defendant, International Bar Tech Solutions, in the above-entitled action, hereby certify I mailed a copy of the foregoing pleading by first-class mail, postage prepaid, to the following counsel:

Christina L. Weeks, Esq.  
Grotefeld & Denenberg, LLC  
30800 Telegraph Road, Suite 3858  
Bingham Farms, MI 48025

Joseph L. Sano, Esq.  
585 Commercial Street  
Boston, MA 02109

_____  
Eugene F. Nowell

Dated: 1/26/05