UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GULF UNDERWRITERS INS. CO., as )
Subrogee of Games and Lanes, Inc., )
            Plaintiff )
)
v. )   Civil Action No. 04-30203-MAP
)
)
INTERNATIONAL BAR TECH )
SOLUTIONS, INC., d/b/a I.B.S., INC., )
           Defendant )

SCHEDULING ORDER
January 27, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by March 1, 2005.

2. All written discovery shall be served by March 22, 2005.

3. Non-expert depositions shall be completed by July 29, 2005.

4. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by August 30, 2005.

5. Defendant shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by September 30, 2005.

6. All expert depositions shall be completed by November 15, 2005.

7. Counsel shall appear for a case management conference on November 18, 2005, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge