IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GULF UNDERWRITERS INS. CO., )  CASE NO: 04-30203-MAP
as Subrogee of Games and Lanes, Inc. )
)
Plaintiff, )
)
vs. )
)
INTERNATIONAL BAR TECH SOLUTIONS, )
INC. )
Defendant. )
)

## CERTIFICATION
L. R. 16.1(D)(3)

This is to certify that Gulf Underwriters Insurance Company, as Subrogee of Games and Lanes, Inc. has conferred with counsel to establish a budget for the full litigation of the above-captioned matter, as well as a budget for various alternatives.

Further, Gulf Underwriters Insurance Company has discussed the resolution of the litigation through use of alternative dispute resolution programs and needs to develop further information before deciding whether the case is appropriate for settlement, ADR, or full litigation.

Respectfully submitted,

GULF UNDERWRITERS INS. CO.
by its attorneys,

Christina L. Weeks (P66106)
Grotefeld & Denenberg, LLC
30800 Telegraph Road, Suite 3858
Bingham Farms, MI 48025
(248) 727-7100

On behalf of the Plaintiff,
GULF UNDERWRITERS INS. CO.

SHELBY MYERS
Recovery Supervisor

Dated: February 11, 2005
104182_1