UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GULF UNDERWRITERS INS. CO., as Subrogee of Games and Lanes, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BAR TECH SOLUTIONS, INC.<br>Defendant. | CASE NO: 04-30203-MAP<br><br>FILING FEE PAID:<br>RECEIPT # 321 62940<br>AMOUNT $ 50.00<br>BY DPTY CLK  MH<br>DATE  3/22/05 |

## GULF UNDERWRITERS INS. CO., MOTION TO ADMIT ALAN B. MCMASTER PRO HAC VICE

Plaintiff, Gulf Underwriters Ins. Co., by and through its attorneys, Prince, Lobel, Glovsky & Tye, LLC moves for the admission of Alan B. McMaster as follows:

1. Joseph S. Sano is a member of the bar of the State of Massachusetts;

2. Joseph S. Sano has filed an appearance in the above-captioned action;

3. The certificate required by Local Rule 83.5.3 is attached to this motion as Exhibit A. On this basis GULF UNDERWRITERS INS. CO., moves for the admission of Alan B. McMaster *Pro Hac Vice*.

Respectfully submitted,

PRINCE, LOBEL, GLOVSKY & TYE LLP

_____
Joseph S. Sano, BBO #545706
585 Commercial Street
Boston, MA 02109
617-456-8000

GROTEFELD & DENENBERG, L.L.C.

_____
Alan B. McMaster
30800 Telegraph, Suite 3858
Bingham Farms, MI 48025
248-727-7100

## CERTIFICATE OF SERVICE

I, Joseph S. Sano, hereby certify that on _____3/18_____, 2005, I served the within document by causing copies to be mailed, by first class mail, postage prepaid, to counsel of record for all parties.

_____
Joseph S. Sano

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GULF UNDERWRITERS INS. CO., )<br>as Subrogee of Games and Lanes, Inc. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>INTERNATIONAL BAR TECH SOLUTIONS, )<br>INC. )<br>Defendant. )<br>) | CASE NO: 04-30203-MAP |

## APPLICATION FOR *PRO HAC VICE*
## CERTIFICATION OF ALAN B. MCMASTER

I, Alan B. McMaster, pursuant to the United States District Court for the District of Massachusetts, Local Rule 83.5.3, do hereby certify the following in connection with my request for permission to appear in the above-captioned matter before this court:

1. I am an admitted member of the bar in the State of Michigan and I am in good standing in every jurisdiction in which I have been admitted into practice;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. I certify that I have knowledge of the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this __4th__ day of March, 2005.

_____
Alan B. McMaster