UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GULF UNDERWRITERS INS. CO., <br> as Subrogee of Games and Lanes, Inc. <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BAR TECH SOLUTIONS, INC. <br> Defendant. | CASE NO: 04-30203-MAP |

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Gulf Underwriters Ins. Co., as subrogee of Games and Lanes, Inc., and Defendant, International Bar Tech Solutions, Inc. hereby move to amend the Scheduling Order dates as follows:

1. A Scheduling Conference was held on January 27, 2005, where the Court set the following dates:

   | | |
   |---|---|
   | Automatic Disclosures completed by: | March 1, 2005 |
   | Written discovery served: | March 22, 2005 |
   | Non-expert depositions completed by: | July 29, 2005 |
   | Plaintiff's trial experts disclosed by: | August 30, 2005 |
   | Defendant's trial experts disclosed by: | September 30, 2005 |
   | Expert depositions completed by: | November 15, 2005 |
   | Case Management Conference: | November 18, 2005 @ 11:00 a.m. |

2. The parties are conducting discovery, and are scheduling several depositions in the month of July.

3. Discovery is ongoing, but as yet, incomplete.

4. The parties propose that the Court's Scheduling Order be amended as follows:

| | |
|---|---|
| Written discovery served: | August 30, 2005 |
| Non-expert depositions completed by: | November 27, 2005 |
| Plaintiff's trial experts disclosed by: | December 18, 2005 |
| Defendant's trial experts disclosed by: | January 27, 2006 |
| Expert depositions completed by: | March 15, 2006 |
| Case Management Conference: | March 2006 |

WHEREFORE, the parties jointly request that this Honorable Court amend the Scheduling Order as set forth above.

Respectfully submitted,

PRINCE, LOBEL, GLOVSKY & TYE LLP

*Joseph S. Sano w/cons*
Joseph S. Sano, BBO #545706
585 Commercial Street
Boston, MA 02109
(617) 456-8000

-and-

GROTEFELD & DENENBERG, L.L.C.

*Christina L. Weeks*
Christina L. Weeks #66106 (Pro Hac Vice)
30800 Telegraph, Suite 3858
Bingham Farms, MI 48025
248-727-7100
Attorneys for Plaintiff

CURLEY & CURLEY, P.C.

*Eugene F. Nowell w/cons.*
Eugene F. Nowell #374860
27 School Street
Boston, MA 02108
(617) 523-2990
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I, Christina L. Weeks, hereby certify that on July 7, 2005, I served the within document by causing copies to be mailed, by first class mail, postage prepaid, to counsel of record for all parties.

*Christina L. Weeks*
Christina L. Weeks

110248_1