UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GULF UNDERWRITERS INS. CO., as       )
Subrogee of Games and Lanes, Inc.,   )
                     Plaintiff       )
                                     )
v.                                   )        Civil Action No. 04-30203-MAP
                                     )
                                     )
INTERNATIONAL BAR TECH               )
SOLUTIONS, INC., d/b/a I.B.S., INC., )
                     Defendant       )

REVISED SCHEDULING ORDER
July 8, 2005

NEIMAN, U.S.M.J.

The court hereby allows the parties' Joint Motion to Amend Scheduling Order

(Document No. 15), but in part only as follows:

1.    Non-expert depositions shall be completed by October 28, 2005.

2.    Plaintiff shall designate and disclose information regarding its trial experts

      as required by FED. R. CIV. P. 26(a)(2) by December 2, 2005.

3.    Defendant shall designate and disclose information regarding its trial

      experts as required by FED. R. CIV. P. 26(a)(2) by January 20, 2006.

4.    All expert depositions shall be completed by March 3, 2006.

5.    Counsel shall appear for a case management conference on March 9,

      2006, at 10:00 a.m. in Courtroom Three.  The November 18, 2005

      conference is hereby cancelled.

There shall be no further extensions.

IT IS SO ORDERED.

                          /s/ Kenneth P. Neiman
                          KENNETH P. NEIMAN
                          U.S. Magistrate Judge