UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GULF UNDERWRITERS INS. CO., )<br>as Subrogee of Games and Lanes, Inc. )<br>  )<br>  Plaintiff, )<br>vs. )<br>  )<br>INTERNATIONAL BAR TECH SOLUTIONS, )<br>INC. )<br>  Defendant. )<br>_____) | CASE NO: 04-30203-MAP |

## CERTIFICATE OF SERVICE

I, hereby certify that on December 2, 2005, I served by regular mail, Plaintiff's Rule 26(A)(2) Disclosures to the following:

> CURLEY & CURLEY, P.C.
> Eugene F. Nowell #374860
> Attorney for Defendant
> 27 School Street
> Boston, MA 02108

> _____
> Christina L. Weeks #66106 (Pro Hac Vice)
> GROTEFELD & DENENBERG, L.L.C.
> Attorneys for Plaintiff
> 30800 Telegraph Road, Suite 3858
> Bingham Farms, MI 48025
> 248-727-7100
> clw@gd-llc.com

116020