UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GULF UNDERWRITERS INS. CO., as )<br>Subrogee of Games and Lanes, Inc., )<br>             Plaintiff )<br>)<br>v. )<br>)<br>)<br>INTERNATIONAL BAR TECH )<br>SOLUTIONS, INC., d/b/a I.B.S., INC., )<br>             Defendant ) | Civil Action No. 04-30203-MAP |

FURTHER SCHEDULING ORDER
March 9, 2006

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference this day:

1. Defendant shall file its dispositive motion by May 12, 2006, or inform the court in writing by that date that no such motion will be filed.

2. Plaintiff's opposition to the motion for summary judgment, if any, shall be filed by May 26, 2006, to which a reply may be filed by June 2, 2006.

3. If no dispositive motion is filed, the parties shall appear for a final pretrial conference on June 15, 2006, at 2:30 p.m. in Courtroom One before District Judge Michael A. Ponsor. Pre-trial memoranda shall be prepared in accordance with the provisions of Local Rule 16.5(d) and the Procedural Order entered this date.

IT IS SO ORDERED.

                                                   /s/ Kenneth P. Neiman
                                                  KENNETH P. NEIMAN
                                                  U.S. Magistrate Judge

Case 3:04-cv-30203-MAP     Document 19     Filed 03/09/2006     Page 2 of 2