# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| GULF UNDERWRITERS INS. CO., | ) | |
| *as Subrogee of Games and Lanes, Inc.* | ) | |
| *Plaintiff* | ) | |
| | ) | |
| V. | ) | Case No:   3:04-CV-30203-MAP |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| INTERNATIONAL BAR TECH SOLUTIONS | ) | |
| INC. | ) | |
| *Defendant* | ) | |
| | ) | |

## SETTLEMENT ORDER OF DISMISSAL

The Court, having been advised by counsel for the defendant on 5/2/06 that the above-entitled action has been settled.

IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED May 2, 2006

**SARAH A. THORNTON**
CLERK

BY: /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk