UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GULF UNDERWRITES INSURANCE, INC. as subrogree for Games and Lanes<br>Plaintiff<br><br>vs.<br><br>INTERNATIONAL BAR TECH SOLUTIONS, INC.,<br>Defendant | Case No.:<br>04-30203-MAP |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the above-entitled action pursuant to Federal R. Civ. P. Rule 41 and hereby stipulate that all claims pertaining to this matter may be dismissed with prejudice and without costs.

Plaintiff,
Gulf Underwriters, Inc.

By its attorney,


Joseph Sano, Esquire
BBO#545706
585 Commercial Avenue
Boston, MA 02109
(617) 456-8000

Defendant,
International Bar Tech
  Solutions, Inc.
By its attorneys
CURLEY & CURLEY, PC


Eugene F. Nowell, Esquire
BBO#374860
27 School Street
Boston, MA 02108
(617) 523-2990

GROTENFELD & DENEBERG, LLC


Christina L. Weeks (pro hac vice)
BBO#66106
21 E Long Lake Road
Suite 200
Bloomfield Hills, MI 48304
(248)-203-2763

## CERTIFICATE OF SERVICE

I, Eugene F. Nowell, Esquire, hereby certify that on this 6th day of July, 2006 I served a true copy of the foregoing pleading first class mail, postage pre-paid to all counsel of record.

_____
Eugene F. Nowell